FILED
JULY 9, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
JUL 0 9 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. )
)   Violations: Title 18, United States
ARTHUR DAVIS )   Code, Sections 922(g) and 924(e);
)   and Title 21, United States Code
)   Section 844(a)

**COUNT ONE**

08 CR 541

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about January 19, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JUDGE KENDALL
MAGISTRATE JUDGE DENLOW

ARTHUR DAVIS, defendant herein, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a loaded Beretta .25 caliber pistol, bearing serial number 163721, which firearm was in and affecting commerce in that the firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **COUNT TWO**

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about January 19, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

ARTHUR DAVIS,

defendant herein, knowingly and intentionally possessed a controlled substance, namely cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2007 GRAND JURY further charges:

1. The allegations of Count One of this Indictment are realleged and incorporated by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in this Indictment,

ARTHUR DAVIS,

defendant herein, has subjected to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the following property and interests:

   a. All property constituting, and derived from, and traceable to, proceeds obtained, directly or indirectly, as a result of the defendant's violation of Title 18, United States Code, Section 922(g)(1).

   b. All property that is used to facilitate, and is intended to be used to facilitate the commission of the defendant's violation of Title 18, United States Code, 922(g)(1).

3. The interests of the defendant subject to forfeiture to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) include, but are not limited to, one Beretta .25 caliber pistol, bearing serial number 163721 and six rounds of ammunition.

A TRUE BILL

_____
FOREPERSON

_____
UNITED STATES ATTORNEY