## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia M. Kendall | **Sitting Judge if Other than Assigned Judge** | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 541 - 1 | **DATE** | 7/16/2008 |
| **CASE TITLE** | USA vs. Arthur Davis | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant waives his right to a detention hearing without prejudice. Defendant ordered detained pending further proceedings.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:03

| | Courtroom Deputy Initials: | DK |
|---|---|---|