Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 541 - 1 | **DATE** | 7/11/2008 |
| **CASE TITLE** | United States of America vs. Arthur Davis | | |

**DOCKET ENTRY TEXT**

Arraignment held. Paul Flynn is appointed as counsel for defendant. Defendant waives formal reading of the indictment. Defendant acknowledges understanding the charges in the indictment and maximum penalties. Defendant enters a plea of not guilty to counts 1 and 2 of the indictment. Government seeks detention. Oral motion by defendant to continue bond hearing until 7/16/08 at 9:45 before Magistrate Judge Denlow is granted. Rule 16.1(a) conference shall be held by 7/18/08; Pretrial motions are due by 7/28/08; Response is due 8/7/08; Reply is due 8/14/08; Status hearing is set before Judge Kendall on 7/25/08 at 1:30 p.m.. Defendant is ordered detained until further order of court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|