AO 442 (Rev. 6/97) Warrant for Arrest

# United States District Court

Northern District of Illinois
Eastern Division

United States of America

v.

Arthur W. Davis

**FILED**
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WARRANT FOR ARREST

Case Number: 08 CR 541

To: The United States Marshal
And any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Arthur W. Davis** and bring him or her forthwith to the nearest magistrate judge to answer a(n)

**[Indictment]**　Information　Complaint　Order of court　Violation Notice　Probation　Violation Petition

charging him or her with: **Unlawful Transport of Firearms, Etc.**
**Controlled Substance - Possession**

in violation of Title 18 United States Code, Section(s) 922(g)(1);　21 USC 844(a)

Marsha E. Glenn Issuing Officer

Deputy Clerk

_Signature of Issuing Officer_

July 10, 2008; Chicago, Illinois

Bail fixed at $

, Judicial Officer

| RETURN | | | |
|---|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _Arrested by A.T.F._ | | | 7/11/08 |
| Date Received | Name and Title of Arresting Officer | Signature of Arrest Officer | |
| Date of Arrest | | | |