# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Virginia Kendall | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 541 | **DATE** | July 31, 2008 |
| **CASE TITLE** | USA vs. ARTHUR DAVIS | | |

**DOCKET ENTRY TEXT:**

Arraignment held. Defendant enters plea of not guilty. 16.1 conference to be held by 8/11/2008. Pretrial motions and supporting memoranda are to be filed by 8/28/2008. Responses are to be filed by 9/11/2008. Replies are due 9/18/2008. Status hearing is set for 9/25/2008 at 1:30 pm. Detention order shall stand. Defendant not objecting, enter excludable delay for the period of 7/31/2008 through 9/25/2008 pursuant to 18 U.S.C. §3161(h)(1). X-E   and §3161(h)(8)(B)(iv).   X-T-4

No notices required, advised in open court.

:30

| | Courtroom Deputy Initials: | JS |
|---|---|---|